ACCEPTED
03-15-00007-CV
6367544
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:37:23 PM
JEFFREY D. KYLE
CLERK

# WEST, WEBB, ALLBRITTON & GENTRY

## A PROFESSIONAL CORPORATION

### — Established in 1982 —

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:37:23 PM
JEFFREY D. KYLE
Clerk

*ATTORNEYS*:

STEVEN N. ALLBRITTON +
ROY D. BRANTLEY * +
DONALD DELGADO
TERRANCE D. DILL, JR. +
PATRICK W. FOGARTY
MICHAEL H. GENTRY ** +
BRYAN T. HANNA
JENNIFER D. JASPER +
BAILI B. RHODES
JOHN "JAY" RUDINGER, JR.
WELDON RUSSELL ***
JOHN C. WEBB, JR. +
GAINES WEST +

*OF COUNSEL:*

COURTNEY S. CAIN

*PRINCIPAL OFFICE*
1515 EMERALD PLAZA
COLLEGE STATION, TEXAS 77845-1515
TELEPHONE: (979) 694-7000
FACSIMILE: (979) 694-8000

1106 WEST AVENUE
AUSTIN, TEXAS 78701-2020
TELEPHONE: (512) 501-3617

WEB SITE: http://www.westwebblaw.com

Writer's e-mail: gaines.west@westwebblaw.com

August 5, 2015

*BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

+ Partner

**BOARD CERTIFIED
COMMERCIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*** BOARD CERTIFIED
ESTATE PLANNING AND PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Jeffrey D. Kyle, Clerk                                           E-file
Court of Appeals, Third District of Texas
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

> Re:     Court of Appeals Number:     03-15-00007-CV
>         Trial Court Case Number:     D-1-GN-14-001635

Dear Mr. Kyle:

Pursuant to your letter of August 4, 2015, please be advised that the following counsel for Appellant, John Doe, will argue the case before the Third Court of Appeals currently scheduled for September 16, 2015 at 1:30 p.m.:

Gaines West – State Bar No. 21197500

If you need any additional information, please do not hesitate to contact us.

Sincerely,

/s/ Gaines West

Gaines West
Counsel for Appellant, John Doe

GW/pb

cc:    PAUL HOMBURG, III                                   Via email: phomburg@texasbar.com
Disciplinary Counsel                                 and First Class Mail
Office of the Chief Disciplinary Counsel
State Bar of Texas
711 Navarro, Suite 750
San Antonio, Texas 78205

Rebecca Stevens                                     Via email: bstevens@texasbar.com
Disciplinary Counsel                                 and First Class Mail
Office of the Chief Disciplinary Counsel
State Bar of Texas
P. O. Box 12487
Austin, Texas 78711-2487

Cynthia Canfield Hamilton                     Via email: chamilton@texasbar.com
Office of the Chief Disciplinary counsel     and First Class Mail
State Bar of Texas
P. O. Box 12487
Austin, Texas 78711-2487